IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STEVE A. MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 113-172 |
| | ) | |
| PRICILLA KITT, Counselor, PREA Coordinator, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 49).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**, (doc. no. 24), Plaintiff's twenty-six motions to add claims or defendants and have this Court share information with other

---

[1] Plaintiff requested, and was granted, an extension of time in which to object to the Report and Recommendation. (Doc. nos. 47, 48.)

courts are **DENIED AS MOOT**, (doc. nos. 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42), and this civil action is **CLOSED**.[2]

SO ORDERED this 17th day of March, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] Plaintiff filed an additional motion after the R&R was issued. (See doc. no. 45.) In the motion, Plaintiff appears to merely be informing the Court that a recently-filed grievance was rejected and he will be appealing it, (id.), and thus offers no basis for departing from the Magistrate Judge's analysis in the R&R. As this case is now closed, however, the motion is **DENIED AS MOOT**. (Id.)

2