```
IN THE UNITED STATES DISTRICT COURT FOR THE
        SOUTHERN DISTRICT OF GEORGIA
                AUGUSTA DIVISION
```

STEVE A. MORRIS              *
                             *
    Plaintiff,               *
                             *
        v.                   *
                             *
PRISCILLA KITT, Counselor,   *      CV 113-172
PREA Coordinator, et al.,    *
                             *
    Defendants.              *
                             *

# O R D E R

Presently pending before the Court are seven "Motions to Add" by Plaintiff Steve A. Morris. (Docs. 60, 61, 62, 63, 66, 67, 68.) Plaintiff, an inmate at Augusta State Medical Prison ("ASMP") in Augusta, Georgia, filed the above-captioned suit pursuant to 42 U.S.C. § 1983 on September 19, 2013. (Doc. 1.) After Plaintiff submitted ten addenda replete with profanity and inflammatory language (Docs. 4, 5, 6, 7, 10, 12, 13, 14, 15, 16), the United States Magistrate Judge ordered Plaintiff to submit an amended complaint limited to six pages. (Doc. 17.) Plaintiff responded by filing twenty-four additional motions in which he sought to add claims or defendants, among other requests. (See Docs. 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42.) Moreover, his amended complaint totaled more than fifty-six

rambling pages and failed to display proper decorum, thereby ignoring the Court's instructions. (See Doc. 24.) Accordingly, on January 16, 2014, the Magistrate Judge recommended that Plaintiff's amended complaint be dismissed with prejudice, an opinion which this Court adopted as its own notwithstanding Plaintiff's objections on March 17, 2014. (Doc. 43 at 6; Doc. 50.)

On April 4, 2014, Plaintiff filed a timely notice of appeal of this Court's March 17, 2014 Order adopting the Magistrate Judge's Report and Recommendation and dismissing this case with prejudice. (Doc. 52.) On April 23, 2014, the Court denied Plaintiff's motion to appeal *in forma pauperis* because he had not alleged any violation of a constitutionally protected right. (Doc. 59.) Thereafter, Plaintiff filed four "Motions to Add" in which he notifies the Court of each and every case he has filed and each and every instance when he has not received mail. (See Docs. 60, 61, 62, 63.)

On March 10, 2015, the Eleventh Circuit Court of Appeals likewise determined that Plaintiff's appeal was frivolous and denied him leave to proceed. (Doc. 64.) Notwithstanding the dismissal of his appeal, Plaintiff since has filed three more "Motions to Add" which reflect his discontent with the mail system at ASMP. (See Docs. 66, 67, 68.)

As Plaintiff's appeal has been dismissed on the merits, the Court **DENIES AS MOOT** his motions "to add to appeal." (Docs. 60, 61, 62.) To the extent Plaintiff's other addenda are meant "to add to [his] case," they also are **DENIED AS MOOT**: Plaintiff's case before this Court was closed on March 17, 2014 and therefore no active case exists to which Plaintiff can "add" claims. (Docs. 63, 66, 67, 68.)

Finally, Plaintiff has overburdened this Court, and now exhausted its patience, with a never-ending stream of patently frivolous motions. The Court does not operate as a comment box: addressing Plaintiff's numerous, nonsensical filings is impairing the Court's ability to adjudicate the legitimate claims of other litigants. As did the Magistrate Judge (see Doc. 43 at 5), this Court hereby **WARNS** Plaintiff that if he persists in this course of conduct, he will be deemed a serial abusive filer.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of March, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

3